NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

TOMAS S. BURGESS,               )
                                )
            Appellant,          )
                                )
v.                              )          Case No. 2D18-1409
                                )
STATE OF FLORIDA,               )
                                )
            Appellee.           )
_____)

Opinion filed October 31, 2018.

Appeal pursuant to Fla. R. App. P.
9.141(b)(2) from the Circuit Court
for Hillsborough County; Laura E. Ward,
Judge.

Tomas S. Burgess, pro se.


PER CURIAM.

        Affirmed.  See Carbajal v. State, 75 So. 3d 258 (Fla. 2011); State v. King,

426 So. 2d 12 (Fla. 1982); Hughes v. State, 22 So. 3d 132 (Fla. 2d DCA 2009);

Shortridge v. State, 884 So. 2d 321 (Fla. 2d DCA 2004); Brown v. State, 827 So. 2d

1054 (Fla. 2d DCA 2002); Desmond v. State, 576 So. 2d 743 (Fla. 2d DCA 1991); Budd

v. State, 477 So. 2d 52 (Fla. 2d DCA 1985); McMillan v. State, 832 So. 2d 946 (Fla. 5th

DCA 2002); Hart v. State, 761 So. 2d 334 (Fla. 4th DCA 1998).


CASANUEVA, CRENSHAW, and BLACK, JJ., Concur.